■ In the Matter of EUGENE L. SUGARMAN, an Attorney.—Motion for reinstatement held in abeyance and, without passing upon the merits of the application, the matter is referred to the Departmental Disciplinary Committee for investigation and, if necessary, a hearing, and for a report to this

court. Concur—Kupferman, J. P., Sullivan, Lane, Lupiano and Silverman, JJ.